## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | |
| Plaintiff/Stakeholder, | ) ) | |
| v. | ) ) | No.: 3:09-cv-624-JPG-CJP |
| CYNETHIA L. DENT, CYNTHIA KYE AND CYNETHIA KYE, | ) ) ) | |
| Defendants/Claimants. | ) | |

### JUDGMENT

This matter having come before the Court, and all parties having moved to dismiss,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                              **NANCY J. ROSENSTENGEL, Clerk of Court**

                                              **By:s/Deborah Agans, Deputy Clerk**

**Dated:  February 12, 2010**

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**